UNITED STATES of America,
Plaintiff–Appellee,

v.

Timothy Morrell WILLIS, a/k/a Pee
Wee, Defendant–Appellant.

No. 01–7748.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 27, 2002.

Decided March 12, 2002.

Timothy Morrell Willis, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy M. Willis seeks to appeal the district court's order dismissing his motion

to vacate sentence, 28 U.S.C.A. § 2255 (West Supp.2001). Each of Willis's four claims is based on the Supreme Court's decision in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We have held that *"Apprendi* does not apply retroactively to cases on collateral review." *United States v. Sanders*, 247 F.3d 139, 146 (4th Cir.), *cert. denied*, U.S., — U.S. —, 122 S.Ct. 558, 151 L.Ed.2d 433 (2001) (No. 01–6715). Willis's § 2255 motion to vacate is just such a collateral attack; therefore, the district court correctly dismissed the claims.

We deny Willis's motion for transcript at government expense as he has not established that his appeal is not frivolous but presents a substantial question. We deny his motion for certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*